NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINALD B. DEJOHNETTE,**
*Plaintiff-Appellant,*

v.

**CHARLES LEE, CARL MILLNER, RANDY SID, SHERI KETNOR, SUE NORTON, FRANCES MAXWELL, ANDERA GUYOT, AND ANDREA MOBLEY,**
*Defendants-Appellees.*

---

2011-1079

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-4844, Judge Maxine M. Chesney.

---

**REGINALD B. DEJOHNETTE,**
*Plaintiff-Appellant,*

v.

**SUSAN HUBBARD, MIKE EVANS, N. GRANNIS, A. HEDGPETH, G. NEOTTI, B. RANKIN, G.R. SALAZAR, J. A. AGAMAO, ELOY MEDINA, T. VARIZ, M. LOPEZ, K. J. ALLEN, AND J. BURLESON,**
*Defendants-Appellees.*

---

## 2011-1097

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-5604, Judge Maxine M. Chesney.

---

## O R D E R

The appellant having not filed a brief in these matters,

IT IS ORDERED THAT:

The appeals are dismissed.

FOR THE COURT

**MAY 1 3 2011**                    /s/ Jan Horbaly

Date                              Jan Horbaly
                                  Clerk

cc:  Reginald B. DeJohnette
     Erin B. Sullivan, Esq.

s8

Issued As A Mandate:  **MAY 1 3 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 3 2011**

**JAN HORBALY**
**CLERK**